■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY CONKLIN, Appellant. [673 NYS2d 608] —Appeal by the defendant from an amended judgment of the County Court, Orange County (Berry, J.), rendered April 8, 1997, revoking a sentence of probation previously imposed by the same court, upon a finding that he had violated a condition thereof, upon his plea of guilty, and imposing a sentence of imprisonment upon his previous conviction of criminal possession of stolen property in the fourth degree.

Ordered that the amended judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Rosenblatt, J. P., Sullivan, Joy, Altman and Luciano, JJ., concur.